UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SEAN M. WEBB, | ) | CASE NO. 1:24-CV-01807 |
| Plaintiff, | ) | JUDGE BRIDGET MEEHAN BRENNAN |
| v. | ) | |
| CITY OF ELYRIA, *et al.*, | ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

For the reasons stated in this Court's contemporaneously filed Memorandum Opinion and Order, the Motion for Summary Judgment (Doc. 12) filed by Defendants City of Elyria, Chief William Pelko, Officer Matthew Perkins, Officer Jordan Eggleton, Officer Benjamin Harris, and Officer Lee Frank is GRANTED. This case is now CLOSED.

**IT IS SO ORDERED.**

**Date**: January 16, 2026

BRIDGET MEEHAN BRENNAN
UNITED STATES DISTRICT JUDGE